1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

12 | UNITED STATES OF AMERICA,

13 |                 Plaintiff/Respondent,

14 |   v.

15

16 | CARMEN VIDALES-TORRES,

17 |                Defendant/Petitioner.

CIVIL CASE NO. 06CV1600 J
CRIM CASE NO.  04CR0504 J

**ORDER FURNISHING TRANSCRIPTS TO PETITIONER PURSUANT TO 28 U.S.C. § 753(f)**

18

19      Before the Court is *pro se* Petitioner Carmen Vidales-Torres' 28 U.S.C. § 2255

20 Petition for Writ of Habeas Corpus. [Doc. No. 256.] On September 18, 2006, Respondent

21 United States timely filed a Response and Opposition to the Petition.  [Doc. No. 273.]

22      Upon review of the documents submitted, it is apparent that the Court cannot

23 address the instant Petition without transcripts of Petitioner's disposition hearing or

24 sentencing proceedings.  Fees for transcripts furnished to § 2255 petitioners who proceed *in*

25 *forma pauperis* "shall be paid by the United States out of money appropriated for that

26 purpose if the trial judge or a circuit judge certifies that the suit or appeals is not frivolous

27 and that the transcript is needed to decide the issue presented by the suit or appeal."  28

28 U.S.C. § 753 (f).  Because the transcripts of Petitioner's disposition hearing and sentencing

1  proceedings are essential to disposition of this case, the Court construes Petitioner's

2  Petition as a request for these transcripts.  The Court certifies that the Petition is not

3  frivolous and that the transcripts are needed to decide the issues presented by the Petition.

4  Therefore, the Court **ORDERS** that the fees for transcripts of Petitioner's

5  disposition hearing and sentencing proceedings shall be paid by the United States out of

6  money appropriated for that purpose pursuant to 28 U.S.C. § 753 (f).

7  **IT IS SO ORDERED.**

8

9  DATED:  November 9, 2006

10  _____
    HON. NAPOLEON A. JONES, JR.
11  United States District Judge

12

13  cc:      All Parties

14        Court Reporter Joan King

15

16

17

18

19

20

21

22

23

24

25

26

27

28